IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR65 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **MATTHEW MCCANN,** | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Unopposed Motion to Continue Trial [24]. Counsel needs additional time to conduct plea negotiations. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [24] is granted, as follows:

1. The jury trial now set for October 24, 2023, is continued to **November 28, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 28, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the defendant reasonable time to obtain counsel or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

4. Final Trial Order [23] is vacated.

**DATED:** October 16, 2023.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**